IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARSEAN MOSLEY, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-1507 |
| v. | : | |
| | : | Hon. John E. Jones III |
| J WALSH, *et al.* | : | |
| Respondents | : | |

## **ORDER**

June 30, 2015

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and the amended petition (Doc. 26), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) and amended petition (Doc. 26) are **DISMISSED** as time-barred. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
